THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSIE J. JONES, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.